# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
      v. ) CR NO: 1:09-cr-272 AWI
       )
Gricelda Magana

**FILED**
JUN 10 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    ☒ Ad Prosequendum    ☐ Ad Testificandum.

Name of Detainee: **Gricelda Magana**

Detained at (custodian): **VSP-CHOWCHILLA**

Detainee is: a.) ☒ charged in this district by:
    ☒ Indictment    ☐ Information    ☐ Complaint
    Charging Detainee With: **Conspiring to Distribute Heroin, 21 U.S.C. 846 and 841(a)(1)**

or    b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will: a.) ☐ return to the custody of detaining facility upon termination of proceedings
or    b.) ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary Forthwith in the Eastern District of California.*

Signature: /s/ Kathleen A. Servatius
Printed Name & Phone No: **Kathleen A. Servatius, (559) 497-4077**
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
    ☒ Ad Prosequendum    ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, *Forthwith*, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

6/10/10
Date

United States District/Magistrate Judge

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | Aguilar, Griselda M. | Male ☐ | Female ☒ |
| Booking or CDC #: | WA3881 | DOB: | 12/14/74 |
| Facility Address: | 21633 Ave 24 | Race: | |
| | Chowchilla, CA 93610-9650 | FBI #: | 179980KB1 |
| Facility Phone: | (559) 665-6100 | | |
| Currently Incarcerated For: | | | |

---

### RETURN OF SERVICE

Executed on _____ by _____

(Signature)

Form Crim-48                                  Revised 11/19/97