HEATHER E. WILLIAMS, Bar #122664
Federal Defender
HANNAH R. LABAREE, Bar #294338
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
GRISELDA AGUILAR-MAGAÑA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>       v.<br><br>GRISELDA AGUILAR-MAGAÑA,<br><br>               Defendant. | Case No.  1:09-cr-00272-AWI-BAM-21<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge:  Honorable  ANTHONY W. ISHII |

Defendant, GRISELDA AGUILAR-MAGAÑA, by and through her attorney, Assistant Federal Defender Hannah R. Labaree, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Kathleen A. Servatius, hereby stipulate as follows:

1.       Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2.       On January 7, 2013, this Court sentenced Ms. Aguilar-Magaña to a term of 96 months imprisonment, comprised of two 48-month terms for each of two violations of 21 U.S.C. § 843(b), to be served consecutively;

1    3.   Ms. Aguilar-Magaña's total offense level was 29, her criminal history category was I, and the resulting guideline range was 87 to 108 months. The statutory maximum term was 96 months (48 months on each count), representing the middle of the applicable range;

4.   The sentencing range applicable to Ms. Aguilar-Magaña was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973, with an effective date of any such reduction as of November 1, 2015

5.   Ms. Aguilar-Magaña's total offense level has been reduced from 29 to 27, and her amended guideline range is 70 to 87 months. Based on the sentencing factors at 18 U.S.C. § 3553(a), the parties agree that a low-end sentence is fair and reasonable;

6.   Accordingly, the parties request the Court enter the order lodged herewith reducing Ms. Aguilar-Magaña's term of imprisonment to 70 months, provided however, that if, as of November 1, 2015 (the effective date of this reduction), this sentence is less than the amount of time the defendant has already served, the sentence is reduced to a time served sentence.

Respectfully submitted,

Dated:  September 18, 2015                    Dated:   September 18, 2015

BENJAMIN B. WAGNER                         HEATHER E. WILLIAMS
United States Attorney                              Federal Defender

 /s/ *Kathleen A. Servatius*____  _____   /s/ *Hannah R. Labaree*
KATHLEEN A. SERVATIUS                    HANNAH R. LABAREE
Assistant U.S. Attorney                              Assistant Federal Defender

Attorney for Plaintiff                                  Attorney for Defendant
UNITED STATES OF AMERICA           GRISELDA AGUILAR-MAGAÑA

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Ms. Aguilar-Magaña is entitled to the benefit Amendment 782, which reduces the applicable guideline range to 70 to 87 months. Based on the sentencing factors at 18 U.S.C. § 3553(a), a low-end sentence is fair and reasonable.

IT IS HEREBY ORDERED that the term of imprisonment imposed in January 2013 is reduced to a term of 70 months, provided however, that if, as of November 1, 2015, this sentence is less than the amount of time the defendant has already served, the sentence is reduced to a time served sentence.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect. The clerk shall forthwith prepare Form 247 of the Administrative Office of the Courts reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Ms. Aguilar-Magaña shall report to the United States Probation Office within seventy-two hours after her release.

IT IS SO ORDERED.

Dated:   September 28, 2015                           _____
                                                                    SENIOR DISTRICT JUDGE